| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY(CAMDEN)<br>**Caption in Compliance with D.N.J. LBR 9004-1**(b)<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>R.A. LEBRON, ESQ.<br>YCH1407<br>bankruptcy@feinsuch.com | **Order Filed on October 25, 2016<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|
| In Re:<br><br>ANGELINA THOMPSON a/k/a ANGELINA DEMARCO and CHRISTOPHER THOMPSON<br><br>  Debtor(s). | Case No.: 14-26907 JNP<br><br>Adv. No.:<br><br>Chapter: 13<br><br>Hearing Date: October 25, 2016<br><br>Judge: Hon. Jerrold N. Poslusny, Jr. |

Recommended Local Form:  ☒ Followed  ☐ Modified

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 25, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

9 W 2ND AVENUE, RUNNEMEDE, NJ 08078.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.