Printed on: 01/14/2017 Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2016 to 12/31/2016
**Case Number: 14-26907 (JNP)**

Angelina Thompson and Christopher Thompson
9 West 2Nd Avenue
Runnemede, NJ  08078

Monthly Payment: $347.00
Payments / Month: 1
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/14/2016 | $780.00 | 04/06/2016 | $780.00 | 05/05/2016 | $290.00 | 06/02/2016 | $290.00 |
| 08/11/2016 | $347.00 | 08/25/2016 | $347.00 | 10/06/2016 | $347.00 | 10/06/2016 | $347.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ANGELINA THOMPSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL POSTERNOCK APELL & DETRICK, P.C. | 13 | $2,110.00 | $2,110.00 | $0.00 | $0.00 |
| 0 | MC DOWELL POSTERNOCK APELL & DETRICK, P.C. | 13 | $3,739.58 | $1,552.03 | $2,187.55 | $1,552.03 |
| 0 | MC DOWELL POSTERNOCK APELL & DETRICK, P.C. | 13 | $500.00 | $500.00 | $0.00 | $500.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,184.23 | $0.00 | $1,184.23 | $0.00 |
| 2 | ALLY BANK | 24 | $9,802.00 | $1,446.14 | $8,355.86 | $383.37 |
| 3 | CHASE RECEIVABLES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ECAST SETTLEMENT CORPORATION | 33 | $28,352.95 | $0.00 | $28,352.95 | $0.00 |
| 5 | DISCOVER BANK | 33 | $903.68 | $0.00 | $903.68 | $0.00 |
| 6 | DISCOVER BANK | 33 | $14,775.60 | $0.00 | $14,775.60 | $0.00 |
| 7 | U.S. DEPARTMENT OF EDUCATION | 33 | $7,826.42 | $0.00 | $7,826.42 | $0.00 |
| 8 | IC SYSTEM, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | LTD FINANCIAL SERVICES LIMITED PARTNERSH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DEPARTMENT STORES NATIONAL BANK | 33 | $3,734.79 | $0.00 | $3,734.79 | $0.00 |
| 11 | MCI | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | AMERICAN INFOSOURCE, LP | 33 | $1,592.04 | $0.00 | $1,592.04 | $0.00 |
| 13 | OCEAN PERIOPERATIVE CONSULTANTS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | OCWEN LOAN SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | QUALITY ASSET RECOVERY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | TOYOTA MOTOR CREDIT CORPORATION | 33 | $6,545.00 | $3,880.19 | $2,664.81 | $1,028.64 |
| 17 | AMERICAN INFOSOURCE, LP | 33 | $1,668.08 | $0.00 | $1,668.08 | $0.00 |
| 18 | APEX ASSET MANAGEMENT, LLC | 33 | $2,663.44 | $0.00 | $2,663.44 | $0.00 |
| 19 | CARRIE J. BOYLE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | CHRISTOPHER THOMPSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | PNC BANK, N.A. | 33 | $1,314.64 | $0.00 | $1,314.64 | $0.00 |
| 24 | QUALITY ASSET RECOVERY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | CAVALRY INVESTMENTS, LLC | 33 | $8,482.65 | $0.00 | $8,482.65 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | DISCOVER FINANCIAL SERVICES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | CENLAR, FSB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | CHASE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | JPMORGAN CHASE BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | APEX ASSET MANAGEMENT, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | ALLY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | AMERICAN INFOSOURCE, LP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | AMERICAN INFOSOURCE, LP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | DEPARTMENT STORES NATIONAL BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | DISCOVER BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | ECAST SETTLEMENT CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | U.S. DEPARTMENT OF EDUCATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | JPMORGAN CHASE BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | PNC BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | TOYOTA MOTOR CREDIT CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | TOYOTA MOTOR CREDIT CORPORATION | 13 | $526.00 | $526.00 | $0.00 | $526.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2014 | 21.00 | $0.00 |
| 06/01/2016 | Paid to Date | $9,360.00 |
| 07/01/2016 | 38.00 | $347.00 |
| 09/01/2019 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,528.00 |
| Total paid to creditors this period: | $3,990.04 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,041.00 |
| Attorney: | MC DOWELL POSTERNOCK APELL & DETRICK, P.C. |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**