**MCDOWELL, POSTERNOCK, APELL & DETRICK P.C.**
**CARRIE J. BOYLE, ESQUIRE**
**46 West Main Street**
**Maple Shade, NJ  08052**
**(856) 482-5544**

|  | **UNITED STATES BANKRUPTCY COURT** |  |
|---|---|---|
|  | **FOR THE DISTRICT OF NEW JERSEY** |  |
| IN RE: | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 13 |
| ANGELINA THOMPSON AND | : |  |
| CHRISTOPHER THOMPSON | : | Case No. 14-26907 |
|  | : |  |
| Debtor(s) | : |  |

**NOTICE OF CONVERSION OF CASE TO CHAPTER 7 UNDER SECTION 1307(A)**

The Debtors, through Counsel, represents as follows:

1. The debtors are no longer able to comply with their Chapter 13 plan and do not desire to modify the plan.

2. The debtors qualify as debtors under Chapter 7 of Title 11.

3. Under 11 U.S.C. Section 1307(a), the debtors are entitled to convert their Chapter 13 case to a case under Chapter 7 at any time, and the debtors now wish to convert their Chapter 13 case to a case under Chapter 7.

4. A copy of this notice will be electronically submitted to the Chapter 13 Trustee serving in this case.

**WHEREFORE,** the debtors, under Bankruptcy Rules 1017(d) and 9013, hereby give notice of the conversion of this Chapter 13 case to a case under Chapter 7 of Title 11, United States Bankruptcy Code.

**APPROVED:**

*/s/ Angelina Thompson*

**ANGELINA THOMPSON**

*/s/ Christopher Thompson*

**CHRISTOPHER THOMPSON**

                               **McDOWELL, POSTERNOCK, APELL & DETRICK, P.C.**

                               */s/ Carrie J. Boyle*

DATED: January 20, 2017            **Carrie J. Boyle, Esq.**