**UNITES STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Carrie J. Boyle, Esq.
**McDowell Posternock Apell & Detrick, P.C.**
46 West Main Street
Maple Shade, NJ 08052
Tel: (856) 482-5544 Fax: (856) 482-5511
Email: cboyle@mpadlaw.com
Attorney for Debtor

| | |
|---|---|
| In re: | Chapter 13 |
| Angelina and Christopher Thompson, | Case No.14-29607 |
| Debtor. | Judge: JNP |

**WITHDRAWAL OF DOCUMENT NO. 97**
**CHAPTER 13 PLAN/ MISSING DOCUMENT FILED ON AUGUST 15, 2014**

    I, Carrie J. Boyle, Esq. counsel to Debtor(s), Angelina and Christopher Thompson, hereby withdraw document no.97 Notice of Conversion of case to Chapter 7 Document filed January 20, 2017 in the above referenced matter.

Dated: January 20, 2017

By: /s/ Carrie J. Boyle, Esq.
Carrie J. Boyle, Esq.
McDowell Posternock Apell & Detrick, PC
46 West Main Street
Maple Shade, NJ 08052
856-482-5544