MCDOWELL, POSTERNOCK, APELL & DETRICK P.C.
THOMAS G. EGNER, ESQUIRE
46 West Main Street
Maple Shade, NJ 08052
(856) 482-5544

|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |  |
|---|---|---|
| IN RE: | : | IN PROCEEDINGS UNDER:   CHAPTER 13 |
| ANGELINA THOMPSON AND, | : |  |
| CHRISTOPHER THOMPSON | : | Case No. 14-26907 |
|    Debtor. | : |  |
|  | : |  |

### NOTICE OF CONVERSION OF CASE TO CHAPTER 7 UNDER SECTION 1307(A)

The Debtor, through Counsel, represents as follows:

1. The debtor are no longer able to comply with their Chapter 13 plan and do not desire to modify the plan.

2. The debtor qualifies as debtor under Chapter 7 of Title 11.

3. Under 11 U.S.C. Section 1307(a), the debtor is entitled to convert their Chapter 13 case to a case under Chapter 7 at any time, and the debtor now wishes to convert their Chapter 13 case to a case under Chapter 7.

4. A copy of this notice will be electronically submitted to the Chapter 13 Trustee serving in this case.

**WHEREFORE,** the debtors, under Bankruptcy Rules 1017(d) and 9013, hereby give notice of the conversion of this Chapter 13 case to a case under Chapter 7 of Title 11, United States Bankruptcy Code.

**APPROVED:**

*/s/ Angelina Thompson*
**Angelina Thompson**

*/s/ Christopher Thompson*
**Christopher Thompson**

                      **McDOWELL, POSTERNOCK, APELL & DETRICK, P.C.**

                      */s/ Thomas G. Egner, Esq.*

DATED: January 20, 2017          **Thomas G. Egner, ESQ.**