**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Angelina Thompson**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–3693**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Christopher Thompson**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–0189**<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of New Jersey** | Date case filed in chapter **13**    **8/15/14** |
| Case number: | **14–26907–JNP** | Date case converted to chapter **7**    **1/20/17** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Angelina Thompson | Christopher Thompson |
| 2. | **All other names used in the last 8 years** | aka Angelina DeMarco | |
| 3. | **Address** | 9 W. 2nd Avenue<br>Runnemede, NJ 08078 | 9 W. 2nd Avenue<br>Runnemede, NJ 08078 |
| 4. | **Debtor's attorney**<br>Name and address | Carrie J. Boyle<br>McDowell Posternock Law<br>46 West Main Street<br>Maple Shade, NJ 08052 | Contact phone 856–482–5544 |
| 5. | **Bankruptcy trustee**<br>Name and address | Brian Thomas<br>Brian Thomas, Esq<br>327 Central Avenue<br>Suite 103<br>Linwood, NJ 08221 | Contact phone (609) 601–6066 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 1/25/17 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 28, 2017 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/1/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-26907-JNP
Angelina Thompson                                                       Chapter 7
Christopher Thompson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2              Date Rcvd: Jan 25, 2017
                             Form ID: 309A            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2017.
```
db/jdb       +Angelina Thompson,   Christopher Thompson,   9 W. 2nd Avenue,   Runnemede, NJ 08078-1612
aty          +Thomas G. Egner,   McDowell Posternock Apell & Detrick, PC,   46 West Main Street,
              Maple Shade, NJ 08052-2432
515207653     APEX ASSET MANAGEMENT LLC,   PO BOX 5407,   LANCASTER PA 17606-5407
515210631    +Ally Bank,   Cenlar, FSB,   Attn: Payment Processing,   425 Phillips Blvd,
              Ewing, NJ 08618-1430
514992459     Chase,   PO Box 24696,   Columbus, OH 43224-0696
514992460    #+Chase Receivables,   PO Box 159,   Hawthorne, NY 10532-0159
514992464    +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
515194238     FedLoan Servicing,   P.O. Box 69184,   Harrisburg, PA 17106-9184
515221792    +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   CHASE RECORDS CENTER,
              ATTN: CORRESPONDENCE MAIL/MAIL CODE LA4-,   700 KANSAS LANE,   MONROE, LA 71203-4774
514992468    +Mci,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
515009010    +PNC BANK, N.A.,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
514992472     PNC Bank,   PO Box 5570,   Cleveland, OH 44101-0570
514992473    +Quality Asset Recovery,   7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
514992476     Virtua,   PO Box 8500-8267,   Philadelphia, PA 19178-8267
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: cboyle@mpadlaw.com Jan 25 2017 23:11:54     Carrie J. Boyle,
              McDowell Posternock Law,   46 West Main Street,   Maple Shade, NJ  08052
tr           +EDI: QBTHOMAS.COM Jan 25 2017 22:48:00      Brian Thomas,   Brian Thomas, Esq,
              327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2017 23:13:00     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2017 23:12:57     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
515103352     EDI: AIS.COM Jan 25 2017 22:48:00      American InfoSource LP as agent for,   Verizon,
              PO Box 248838,   Oklahoma City, OK   73124-8838
515022984     EDI: AIS.COM Jan 25 2017 22:48:00      American InfoSource LP as agent for,
              Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK   73126-8941
514992458     EDI: CAPITALONE.COM Jan 25 2017 22:48:00      Cap One,   Po Box 85520,   Richmond, VA 23285
514994557    +E-mail/Text: bankruptcy@cavps.com Jan 25 2017 23:13:20     Cavalry Investments, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
514992461    +EDI: CITICORP.COM Jan 25 2017 22:48:00      Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
515019976    +EDI: TSYS2.COM Jan 25 2017 22:48:00      Department Stores National Bank/Macys,
              Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
514992462     EDI: DISCOVER.COM Jan 25 2017 22:48:00      Discover,   PO Box 71084,   Charlotte, NC 28272-1084
515004981     EDI: DISCOVER.COM Jan 25 2017 22:48:00      Discover Bank,   DB Servicing Corporation,
              PO Box 3025,   New Albany, OH  43054-3025
514992463    +EDI: DISCOVER.COM Jan 25 2017 22:48:00      Discover Fin Svcs Llc,   Po Box 15316,
              Wilmington, DE 19850-5316
515180022     EDI: ECAST.COM Jan 25 2017 22:48:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
              OF CITIBANK (SOUTH DAKOTA), N.A.,   POB 29262,   NEW YORK, NY 10087-9262
514992465    +EDI: IIC9.COM Jan 25 2017 22:48:00      I C System Inc,   Po Box 64378,
              Saint Paul, MN 55164-0378
514992466    +EDI: LTDFINANCIAL.COM Jan 25 2017 22:48:00      LTD Financial Services Limited Partnersh,
              7322 Southwest Freeway Suite 1600,   Houston, TX 77074-2134
514992467     EDI: TSYS2.COM Jan 25 2017 22:48:00      Macy's,   P.O. Box 183083,   Columbus, OH 43218-3083
514992469    +EDI: MID8.COM Jan 25 2017 22:48:00      Midland Funding,   8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
515159783     EDI: PRA.COM Jan 25 2017 22:48:00      Portfolio Recovery Associates, LLC,   c/o Capital One,
              POB 41067,   Norfolk VA 23541
514992474     EDI: TFSR.COM Jan 25 2017 22:48:00      Toyota Financial Services,   PO Box 5855,
              Carol Stream, IL 60197-5855
516461626     EDI: BL-TOYOTA.COM Jan 25 2017 22:48:00      Toyota Motor Credit Corporation,
              c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
515011813     EDI: TFSR.COM Jan 25 2017 22:48:00      Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
              Cedar Rapids, Iowa 52408-8026
514992475    +EDI: VERIZONWIRE.COM Jan 25 2017 22:48:00      Verizon Wireless,   1 Verizon Pl,
              Alpharetta, GA 30004-8510
                                                                                               TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514992470      Ocean Perioperative Consultants
514992471     ##Ocwen Loan Servicing,   PO Box 9001719,   Louisville, KY 40290-1719
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 25, 2017
                              Form ID: 309A            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2017 at the address(es) listed below:

```
          Brian Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
          Carrie J. Boyle    on behalf of Joint Debtor Christopher  Thompson cboyle@mpadlaw.com,
           cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
          Carrie J. Boyle    on behalf of Debtor Angelina  Thompson cboyle@mpadlaw.com,
           cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
          Denise E. Carlon    on behalf of Creditor   Ally Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
           nj_ecf_notices@buckleymadole.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor   Ally Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
           NJ_ECF_Notices@buckleymadole.com
          R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Thomas G. Egner    on behalf of Joint Debtor Christopher  Thompson tegner@mpadlaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
          Thomas G. Egner    on behalf of Debtor Angelina  Thompson tegner@mpadlaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
                                                                                             TOTAL: 11
```