Certificate Number: 15111-NJ-DE-029175913

Bankruptcy Case Number: 14-26907



15111-NJ-DE-029175913

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 1, 2017, at 2:05 o'clock PM EDT, Angelina M Thompson completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 1, 2017              By:   /s/Tiffany Windish for Ryan McDonough

                                 Name:   Ryan McDonough

                                 Title:   Executive Director of Education