Certificate Number: 15111-NJ-DE-029175914

Bankruptcy Case Number: 14-26907



15111-NJ-DE-029175914

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 1, 2017, at 2:05 o'clock PM EDT, Christopher J Thompson completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 1, 2017             By:   /s/Tiffany Windish for Ryan McDonough

                                Name: Ryan McDonough

                                Title: Executive Director of Education