**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Angelina Thompson | Social Security number or ITIN xxx–xx–3693 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Christopher Thompson | Social Security number or ITIN xxx–xx–0189 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    14–26907–JNP

# Order of Discharge                                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Angelina Thompson                                    Christopher Thompson
aka Angelina DeMarco


5/4/17                                                               **By the court:**    Jerrold N. Poslusny Jr.
                                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-26907-JNP
Angelina Thompson                                                       Chapter 7
Christopher Thompson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: May 04, 2017
                              Form ID: 318             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
```
db/jdb         +Angelina Thompson,    Christopher Thompson,    9 W. 2nd Avenue,    Runnemede, NJ 08078-1612
aty            +Fein Such Kahn & Shepard, P.C.,    7 Century Drive, Ste 201,    Parsippany, NJ 07054-4673
lm             +Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
cr             +TOYOTA MOTOR CREDIT CORPORATION,    PO Box 9013,    Addison, TX 75001-9013
515207653       APEX ASSET MANAGEMENT LLC,    PO BOX 5407,    LANCASTER PA 17606-5407
515210631      +Ally Bank,   Cenlar, FSB,    Attn: Payment Processing,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
514992459       Chase,    PO Box 24696,    Columbus, OH 43224-0696
514992464      +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
515194238       FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
515221792      +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    CHASE RECORDS CENTER,
                 ATTN: CORRESPONDENCE MAIL/MAIL CODE LA4-,    700 KANSAS LANE,    MONROE, LA 71203-4774
514992468      +Mci,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
515009010      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
514992472       PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
514992473      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
514992476       Virtua,    PO Box 8500-8267,    Philadelphia, PA 19178-8267
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QBTHOMAS.COM May 04 2017 21:53:00      Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 04 2017 22:01:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2017 22:01:06      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm              EDI: CHASE.COM May 04 2017 21:53:00      Chase,    P.O. Box 44090,    Jacksonville, FL 32231-4090
515103352       EDI: AIS.COM May 04 2017 21:53:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
515022984       EDI: AIS.COM May 04 2017 21:53:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
514992458       EDI: CAPITALONE.COM May 04 2017 21:53:00      Cap One,    Po Box 85520,    Richmond, VA 23285
514994557      +E-mail/Text: bankruptcy@cavps.com May 04 2017 22:01:19      Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
514992461      +EDI: CITICORP.COM May 04 2017 21:53:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
515019976      +EDI: TSYS2.COM May 04 2017 21:53:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
514992462       EDI: DISCOVER.COM May 04 2017 21:53:00      Discover,    PO Box 71084,    Charlotte, NC 28272-1084
515004981       EDI: DISCOVER.COM May 04 2017 21:53:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
514992463      +EDI: DISCOVER.COM May 04 2017 21:53:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
515180022       EDI: ECAST.COM May 04 2017 21:53:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                 OF CITIBANK (SOUTH DAKOTA), N.A.,    POB 29262,    NEW YORK, NY 10087-9262
514992465      +EDI: IIC9.COM May 04 2017 21:53:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
514992466      +EDI: LTDFINANCIAL.COM May 04 2017 21:53:00      LTD Financial Services Limited Partnersh,
                 7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
514992467       EDI: TSYS2.COM May 04 2017 21:53:00      Macy’s,    P.O. Box 183083,    Columbus, OH 43218-3083
514992469      +EDI: MID8.COM May 04 2017 21:53:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
515159783       EDI: PRA.COM May 04 2017 21:53:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
514992474       EDI: TFSR.COM May 04 2017 21:53:00      Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197-5855
516461626       EDI: BL-TOYOTA.COM May 04 2017 21:53:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
515011813       EDI: TFSR.COM May 04 2017 21:53:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
514992475      +EDI: VERIZONWIRE.COM May 04 2017 21:53:00      Verizon Wireless,    1 Verizon Pl,
                 Alpharetta, GA 30004-8510
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514992470       Ocean Perioperative Consultants
514992460     ##+Chase Receivables,   PO Box 159,    Hawthorne, NY 10532-0159
514992471     ##Ocwen Loan Servicing,    PO Box 9001719,    Louisville, KY 40290-1719
                                                                                   TOTALS: 1, * 0, ## 2
```
Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: May 04, 2017
                              Form ID: 318             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2017 at the address(es) listed below:

```
          Brian   Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
          Carrie J. Boyle    on behalf of Joint Debtor Christopher   Thompson cboyle@mpadlaw.com,
           cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
           tz@mpadlaw.com
          Carrie J. Boyle    on behalf of Debtor Angelina   Thompson cboyle@mpadlaw.com,
           cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
           tz@mpadlaw.com
          Denise E. Carlon    on behalf of Creditor    Ally Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
           nj_ecf_notices@buckleymadole.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    Ally Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
           NJ_ECF_Notices@buckleymadole.com
          R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Thomas G. Egner    on behalf of Joint Debtor Christopher   Thompson tegner@mpadlaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
          Thomas G. Egner    on behalf of Debtor Angelina   Thompson tegner@mpadlaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
                                                                                             TOTAL: 11
```