UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Case No.: __14-26907__

Angelina Thompson  Chapter: __7__
Christopher Thompson
Judge: __JNP__

## NOTICE OF PROPOSED ABANDONMENT

__Brian S. Thomas__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __June 6, 2017__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 9 West 2nd Avenue<br>Runnemede, NJ<br>Value $130,474.00 |
|---|---|

| Liens on property: | Chase<br>$57,000.00<br>Ocwen Loan<br>$49,277.00 |
|---|---|

| Amount of equity claimed as exempt: | $25,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:  Brian S. Thomas, Chapter 7 Trustee

Address:  327 Central Avenue, Suite 103, Linwood, NJ 08221

Telephone No.:  609-601-6066

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                          Case No. 14-26907-JNP
   Angelina Thompson                                            Chapter 7
   Christopher Thompson
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                   Page 1 of 2                    Date Rcvd: May 08, 2017
                              Form ID: pdf905               Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2017.
db/jdb         +Angelina Thompson,    Christopher Thompson,   9 W. 2nd Avenue,    Runnemede, NJ 08078-1612
aty            +Fein Such Kahn & Shepard, P.C.,   7 Century Drive, Ste 201,    Parsippany, NJ 07054-4673
lm             +Cenlar FSB,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
lm              Chase,   P.O. Box 44090,   Jacksonville, FL 32231-4090
cr             +TOYOTA MOTOR CREDIT CORPORATION,   PO Box 9013,    Addison, TX 75001-9013
515207653       APEX ASSET MANAGEMENT LLC,    PO BOX 5407,   LANCASTER PA 17606-5407
515210631      +Ally Bank,   Cenlar, FSB,    Attn: Payment Processing,   425 Phillips Blvd,
                Ewing, NJ 08618-1430
514992458     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
514992459       Chase,   PO Box 24696,    Columbus, OH 43224-0696
514992461      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
515019976      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
515180022       ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK (SOUTH DAKOTA), N.A.,    POB 29262,
                NEW YORK, NY 10087-9262
514992464      +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
515194238       FedLoan Servicing,    P.O. Box 69184,   Harrisburg, PA 17106-9184
515221792      +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    CHASE RECORDS CENTER,
                ATTN: CORRESPONDENCE MAIL/MAIL CODE LA4-,    700 KANSAS LANE,    MONROE, LA 71203-4774
514992467       Macy’s,   P.O. Box 183083,    Columbus, OH 43218-3083
514992468      +Mci,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
515009010      +PNC BANK, N.A.,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
514992472       PNC Bank,   PO Box 5570,    Cleveland, OH 44101-0570
514992473      +Quality Asset Recovery,    7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
514992474     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 5855,
                Carol Stream, IL 60197-5855)
516461626       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
515011813       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
514992475      +Verizon Wireless,   1 Verizon Pl,   Alpharetta, GA 30004-8510
514992476       Virtua,   PO Box 8500-8267,    Philadelphia, PA 19178-8267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 08 2017 23:05:44      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2017 23:05:39      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515103352       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 08 2017 23:27:34
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
515022984       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 08 2017 23:27:27
                American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
                Oklahoma City, OK  73126-8941
514994557      +E-mail/Text: bankruptcy@cavps.com May 08 2017 23:05:59      Cavalry Investments, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
514992462       E-mail/Text: mrdiscen@discover.com May 08 2017 23:04:41      Discover,   PO Box 71084,
                Charlotte, NC 28272-1084
515004981       E-mail/Text: mrdiscen@discover.com May 08 2017 23:04:41      Discover Bank,
                DB Servicing Corporation,   PO Box 3025,    New Albany, OH 43054-3025
514992463      +E-mail/Text: mrdiscen@discover.com May 08 2017 23:04:41      Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
514992465      +E-mail/Text: bankruptcy@icsystem.com May 08 2017 23:06:21      I C System Inc,   Po Box 64378,
                Saint Paul, MN 55164-0378
514992466      +E-mail/Text: ebn@ltdfin.com May 08 2017 23:05:19      LTD Financial Services Limited Partnersh,
                7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
514992469      +E-mail/Text: bankruptcydpt@mcmcg.com May 08 2017 23:05:39      Midland Funding,
                8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
515159783       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2017 23:27:32
                Portfolio Recovery Associates, LLC,    c/o Capital One,   POB 41067,   Norfolk VA 23541
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514992470       Ocean Perioperative Consultants
514992460     ##+Chase Receivables,   PO Box 159,   Hawthorne, NY 10532-0159
514992471     ##Ocwen Loan Servicing,    PO Box 9001719,   Louisville, KY 40290-1719
                                                                                  TOTALS: 1, * 0, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-1         User: admin              Page 2 of 2              Date Rcvd: May 08, 2017
                             Form ID: pdf905          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2017 at the address(es) listed below:

      Brian Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
      Brian Thomas     brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
      Carrie J. Boyle    on behalf of Joint Debtor Christopher  Thompson cboyle@mpadlaw.com, cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
      Carrie J. Boyle    on behalf of Debtor Angelina  Thompson cboyle@mpadlaw.com, cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
      Denise E. Carlon    on behalf of Creditor   Ally Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor   TOYOTA MOTOR CREDIT CORPORATION nj_ecf_notices@buckleymadole.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Joshua I. Goldman    on behalf of Creditor   Ally Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Melissa N. Licker    on behalf of Creditor   TOYOTA MOTOR CREDIT CORPORATION NJ_ECF_Notices@buckleymadole.com
      R. A. Lebron    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
      Thomas G. Egner    on behalf of Joint Debtor Christopher  Thompson tegner@mpadlaw.com, kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
      Thomas G. Egner    on behalf of Debtor Angelina  Thompson tegner@mpadlaw.com, kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com

                                                                                                                                 TOTAL: 12