Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  14–26907–JNP
                Chapter:  7
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Angelina Thompson | Christopher Thompson |
| aka Angelina DeMarco | 9 W. 2nd Avenue |
| 9 W. 2nd Avenue | Runnemede, NJ 08078 |
| Runnemede, NJ 08078 | |

Social Security No.:
  xxx–xx–3693                                       xxx–xx–0189

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 12, 2017</u>              <u>Jerrold N. Poslusny Jr.</u>
                                          Judge, United States Bankruptcy Court